UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                            No. 2:16-CR-20038

SHAWN CASEY JOBE                                                                                  DEFENDANT

## OPINION AND ORDER

Defendant Shawn Casey Jobe filed a pro se motion (Doc. 45) related to his supervised release. Specifically, Mr. Jobe asks the Court "to facilitate and potentially expediate getting my federal probation reinstated and federal detainer removed." *Id.* Mr. The Government responded in opposition, arguing that Mr. Jobe's motion is untimely because his supervised release has not been revoked. (Doc. 48). For the reasons stated below, Mr. Jobe's motion will be DENIED.

The Court sentenced Mr. Jobe to 41 months' imprisonment followed by five years of supervised release after he pled guilty to conspiracy to commit sex trafficking in violation of 18 U.S.C. § 1594(c). (Doc. 40). After his supervision commenced, the United States Probation Office filed a petition for warrant to revoke Mr. Jobe's supervision for two alleged new law violations. (Doc. 43). That petition is still pending because Mr. Jobe has been in state custody.

Mr. Jobe filed this motion because he is scheduled to be released from state custody later this year. (Doc. 45). Mr. Jobe was not sentenced to any probation term, so the Court will assume he is referring to his federal supervised release. He seeks to have his federal supervised release reinstated before his release from state custody. However, because the petition is still pending, Mr. Jobe's federal supervised release has not been revoked. Additionally, Mr. Jobe "acknowledge[d] his error," which suggests there is merit to the Probation Office's petition. *Id.*

While the Court appreciates Mr. Jobe's diligence in attempting to resolve the petition to

1

revoke his supervised release, the Court cannot reinstate something that has not been taken away. After Mr. Jobe is released from state custody, the Court will proceed with a revocation hearing on the pending petition. At that hearing, Mr. Jobe will be able to present any defenses or mitigating factors that he believes the Court should consider along with the petition. This includes his time in state custody for what appears to be the same conduct at issue in the pending petition.

      IT IS THEREFORE ORDERED that Mr. Jobe's motion (Doc. 45) is DENIED.

      IT IS SO ORDERED this 10th day of April, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE